IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
MAY 1 9 2016
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.    1:16CR00059SNLJ |
| ) | |
| GLEN ALLEN YANDELL, ) | Title 21, U.S.C. § 841(a)(1) |
| ) | Title 18, U.S.C. § 922(g)(1) |
| Defendant. ) | |

## INDICTMENT

### COUNT I

**THE GRAND JURY CHARGES THAT:**

On or about January 30, 2015, in Butler County, Missouri, in the Eastern District of Missouri, **Glen Allen Yandell,** the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 30, 2015, in Butler County, Missouri, within the Eastern District of Missouri, **Glen Allen Yandell,** the defendant herein, did possess in and affecting interstate commerce, firearms, to-wit: an Iver Johnson Model 50A, .22 caliber revolver, bearing serial number E21120; and had previously thereto been convicted of the following crime punishable by a term of imprisonment exceeding one year:

On February 26, 1991, in the Circuit Court of Butler County, Missouri, in cause number CR 391-63 FX, of the offense of Sale of Controlled Substance (Marihuana - Felony), and,

On February 13, 1996, in the Circuit Court of Butler County, Missouri, in cause number CR 395-1250 FX, of the offense of Felony Non-Support, and

On August 2, 2011, in the Circuit Court of Clay County, Arkansas, in cause number CR 2011-23, of the offense of Felon in Possession of a Firearm,

in violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
Foreperson

RICHARD G. CALLAHAN
United States Attorney

_____
Tim J. Willis, # 62428MO
Special Assistant United States Attorney